

# NUMBER 13-20-00105-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE LUIS FERNANDO FLORES

## On Petition for Writ of Mandamus.

## ORDER

**Before Justices Benavides, Hinojosa, and Tijerina**
**Order Per Curiam**

Relator filed a petition for writ of mandamus in the above cause on February 21, 2020. Through this original proceeding, relator seeks to compel the trial court to vacate its January 29, 2020 order compelling relator to execute a "Standard Form 180 Request for Military Records." The Court requests that the real party in interest, Gloria Idalia Cardona, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
25th day of February, 2020.